IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ROBERT T. CALLOWAY,                          :
                                             :
              Petitioner                     :
                                             :
                                             :
       VS.                                   :           **1 : 04-CV-58 (WLS)**
                                             :
STEPHEN M. UPTON,                            :
                                             :
                                             :
              Respondent.                    :
_____

**RECOMMENDATION**

        Presently pending in this § 2254 action is the petitioner's "Motion for Judgment on the Pleading",

wherein he seeks an order granting his petition for federal habeas relief.  Finding no basis for such an

order at this time, it is the recommendation of the undersigned that this motion be **DENIED**.  Pursuant to

28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable

W. Louis Sands, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

        The undersigned notes that a Motion for Reconsideration of the court's order denying

respondent's Motion to Dismiss remains pending herein, and that the issue of dismissal based on a lack of

exhaustion has yet to be fully resolved.  Once resolution of this issue has been reached, and if a merits

review is appropriate, the court will review the merits of the petition itself.

**SO RECOMMENDED**, this 13th day of December, 2005.


                                     /s/ ***Richard L. Hodge***
                                    RICHARD L. HODGE
                                    UNITED STATES MAGISTRATE JUDGE

asb