**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY GEORGIA**

| | |
|---|---|
| ROBERT TRACY CALLOWAY, SR. : | |
| : | |
| v. : | 1:04-CV-058 (WLS) |
| : | |
| STEPHEN M. UPTON, : | |
|     Defendant : | |
| : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 25) filed on December 13, 2005, recommending the denial of Plaintiff's Motion for Judgment on the Pleadings (Doc. 24). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 25) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Judgment on the Pleadings (Doc. 24) is **DENIED**.

**SO ORDERED**, this   28th   day of December, 2005.

                                            /s/W. Louis Sands
                                        **W. LOUIS SANDS, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT**