IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ROBERT TRACY CALLOWAY, SR., | : | |
| Petitioner | : | |
| VS. | : | **1 : 04-CV-58 (WLS)** |
| STEPHEN M. UPTON, Warden, | : | |
| Respondent. | : | |

**RECOMMENDATION**

Presently pending in this § 2254 petition is the petitioner's Motion for Summary Judgment. This motion addresses the merits of the petitioner's habeas petition. Inasmuch as such a motion is not necessary to the court's final determination of this habeas petition, it is the recommendation of the undersigned that this motion be **DENIED**. The court will examine the merits of this habeas petition, evaluating the arguments presented by both the petitioner and respondent, without benefit of formal motions. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 20th day of June, 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE