# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY GEORGIA

ROBERT TRACY CALLOWAY, SR.,      :
                                                    :
      Petitioner                   :
                                                    :
v.                                                    :        1:04-CV-058 (WLS)
                                                    :
STEPHEN M. UPTON,                :
                                                    :
      Respondent               :
                                                    :

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 31) filed on June 20, 2006, recommending the denial of Plaintiff's Motion for Summary Judgment (Docs. 28, 31). Petitioner filed a timely objection on July 7, 2006. (Doc. 32).

It was found that the instant motion for summary judgment is not necessary to the Court's final determination of Petitioner's habeas petition. In recommending the denial of the same, it was noted that the Court will "examine the merits of this habeas petition, evaluating the arguments presented by both the petitioner and respondent, without benefit of formal motions." (Doc. 31). In his objection, Petitioner asserts that "[t]he motion is part of the petition and is stating facts along with cases to show why Petitioner should be released and how Petitioner's constitutional rights were violated." (Doc. 32). He further asserts that "the very reason for all the motions, briefs, and this motion is to show that Petitioner's constitutional rights were violated!" *Id*. (emphasis in original).

While motions for summary judgment may be appropriate for consideration in connection with a § 2254 habeas petition, <u>Whitaker v. Meachum</u>, 123 F.3d 714, 715 n.2 (1997), upon review of the record in this case, the Court finds the instant summary judgment to have been filed prematurely. Having so found, the Court finds that Petitioner's motion should be denied

without prejudice as premature.

Accordingly, upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 31) as modified herein should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Plaintiff's Motion for Summary Judgment (Doc. 28) is therefore **DENIED AS PREMATURE WITHOUT PREJUDICE**.

**SO ORDERED**,  this   21st   day of July, 2006.


　　　　　　　　　　　　　　　　　　　　　　   /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**